UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ANTIVONE CASTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN DEFENDANT,<br><br>        Defendant. | 1:22-cv-00169-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*, OR PAY FILING FEE<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on January 31, 2022. (Doc. No. 1). The Complaint was transferred to the Court on February 9, 2022. (Doc. No. 4). A review of the file reveals Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED:**

1. Within twenty-one days of receipt of this order, Plaintiff shall: (1) fully complete and sign the attached application to proceed in forma pauperis, or (2) pay the $402.00 filing fee for this action.

2. Failure to comply with this order will result in a recommendation to dismiss this case.

Dated:   February 9, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1