1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERRY ANTIVONE CASTLE,                    Case No.  1:22-cv-00169-HBK (PC)

12              Plaintiff,                       ORDER TO SHOW CAUSE

13         v.                                    FOURTEEN-DAY RESPONSE PERIOD

14    UNKOWN DEFENDANT,

15              Defendant.

16

17         Plaintiff Jerry Castle, a state prisoner, initiated this action by filing a *pro se* civil rights

18   complaint under 42 U.S.C. § 1983 on January 31, 2022.  (Doc. No. 1).  Plaintiff's complaint was

19   not accompanied by the filing fee or an application to proceed *in forma pauperis* ("IFP").  (*See*

20   Docket).  Plaintiff's complaint was transferred from the Central District of California to the

21   Eastern District of California on February 3, 2022.  (Doc. No. 4).  On February 9, 2022, the Court

22   ordered Plaintiff to either submit a completed IFP application or pay the $402.00 filing fee within

23   twenty-one days of receipt of the order.  (Doc. No. 7).  The Court enclosed an IFP application and

24   cautioned Plaintiff that his failure to timely comply with the Court's order would result in this

25   matter's dismissal.  (*Id*.).  As of the date of this Order, Plaintiff has neither paid the filing fee nor

26   filed a new application to proceed IFP.

27         Federal Rule of Civil Procedure 41(b) permits courts to involuntarily dismiss an action

28   when a litigant fails to prosecute an action or fails to comply with a court order.  *See* Fed. R. Civ.

P. 41(b); *see Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 889 (9th Cir. 2019) (citations omitted); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances.").  Local Rule 110 similarly permits courts to impose sanctions on a party who fails to comply with a court order.

Accordingly, it is hereby **ORDERED**:

Within **fourteen (14) days** from receipt of this Order, Plaintiff shall comply with the Court's previous February 9, 2022, Order.  Plaintiff's failure to comply with this Order or will result in a recommendation that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action and/or his failure to timely comply with the Court's February 9, 2022 Order.


Dated:    June 3, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE