UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ANTIVONE CASTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN DEFENDANT,<br><br>        Defendant. | Case No.  1:22-cv-00169 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc.  9) |

The magistrate judge determined Plaintiff failed to prosecute this action and failed to comply with the Court's Local Rules requiring him to keep the Court apprised of a current mailing address. (Doc. 9.) Therefore, the magistrate judge recommended the matter be dismissed without prejudice. (*Id.* at 5.) The Findings and Recommendations were served on Plaintiff at the only address known to the Court. However, the mail was also returned as undeliverable on December 5, 2022.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on November 28, 2022 (Doc. 9) are adopted in full.

2. The action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 19, 2022**__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE